Lenden F. Webb  (SBN 236377)
Amy R. Lovegren-Tipton (SBN 258697)
**WEBB & BORDSON**
A Professional Corporation
466 W. Fallbrook Ave., Suite 102
Fresno, California 93711
Telephone: (559) 431-4888
Facsimile: (559) 821-4500
Email: ATipton@WBLawGroup.com

Attorneys for Defendants SANTOKH SINGH BAINS and JAGDIP K. BRAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LA POSTA MEXICAN RESTAURANT INC., a California corporation; SANTOKH SINGH BAINS; JAGDIP K. BRAR,<br><br>　　　　Defendants. | Case No.:  1:14-CV-00608-SAB<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS SANTOKH SINGH BAINS AND JAGDIP K. BRAR TO RESPOND TO COMPLAINT** |

　　　　WHEREAS, Plaintiff, NATIVIDAD GUTIERREZ ("Plaintiff"), and Defendants SANTOKH SINGH BAINS and JAGDIP K. BRAR ("Defendants") stipulated to an extension of time wherein Defendants' response to the Complaint is currently due June 24, 2014;

　　　　WHEREAS, Defendants and Plaintiff are engaged in meaningful settlement negotiations, and wish to avoid incurring additional fees and unnecessarily utilizing judicial resources while Defendants obtain and share with Plaintiff their CASp report, and while Plaintiff and Defendants explore, and hopefully finalize, a settlement as between them;

　　　　NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate as follows:

　　　　　　1.　　To an additional extension of time (i.e., a second extension which, in

total, exceeds 28 days) for Defendants to respond to the Complaint herein, through and including July 22, 2014, which extension exceeds the maximum 28 days permissible without leave of Court.

Dated: June 20, 2014                                         **WEBB & BORDSON, APC**


                                                             By/s/Amy R. Lovegren-Tipton
                                                                AMY R. LOVEGREN-TIPTON
                                                                Attorney for Defendants


Dated: June 20, 2014                                         **MOORE LAW FIRM, P.C.**


                                                             By/s/ Tanya E. Moore_____
                                                                TANYA E. MOORE
                                                                Attorney for Plaintiff

### ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants SANTOKH SINGH BAINS and JAGDIP K. BRAR's response to the Complaint herein is now due on or before July 22, 2014.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **June 23, 2014**                                   _____
                                                             UNITED STATES MAGISTRATE JUDGE