# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>LA POSTA MEXICAN RESTAURANT, INC. et al.,<br><br>        Defendants. | Case No.  1:14cv-00608---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE:  July 25, 2014 |

On June 26, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before July 25, 2014.

IT IS SO ORDERED.

Dated:   **June 27, 2014**

UNITED STATES MAGISTRATE JUDGE

1