1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATIVIDAD GUTIERREZ,            )   No.  1:14-cv-00608-MCE-SAB
                                   )
12         Plaintiff,               )   **STIPULATION FOR DISMISSAL OF**
                                   )   **ACTION; ORDER**
13    vs.                          )
                                   )
14 LA POSTA MEXICAN RESTAURANT     )
   INC., a California corporation; SANTOKH )
15 SINGH BAINS; JAGDIP K. BRAR;    )
                                   )
16                                 )
           Defendants.              )
17                                 )

18     IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

19 Defendants La Posta Mexican Restaurant, Inc., Santokh Singh Bains, and Jagdip K. Brar, the

20 parties to this action, by and through their respective counsel, that pursuant to Federal Rule of

21 Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

22 entirety.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1 | Each party is to bear its own attorneys' fees and costs.

2 | Date: July 11, 2014                           MOORE LAW FIRM, P.C.

   */s/ Tanya E. Moore*
   Tanya E. Moore
   Attorneys for Plaintiff
   Natividad Gutierrez

Date: July 9, 2014                              WEBB & BORDSON, APC

   */s/ Amy R. Lovegren-Tipton*
   Amy R. Lovegren-Tipton
   Attorneys for Defendants
   Santokh Singh Bains and Jagdip K. Brar

Date: July 9, 2014

   */s/ Layne E. Hayden*
   Layne E. Hayden
   Attorney for Defendant
   La Posta Mexican Restaurant, Inc.

## ORDER

The parties having so stipulated, this action is dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: July 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT